# EXHIBIT 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF TEXAS
 3                   SAN ANTONIO DIVISION
 4    - - - - - - - - - - - - x
 5   JOHNSON, et al.,          :
 6          Plaintiffs,        :
 7     v.                      :   Civil Action No.:
 8   CALLANEN, et al.,         :   5:22-cv-00409-XR
 9          Defendants.        :
10    - - - - - - - - - - - - x
11
12     Deposition of BEXAR COUNTY by and through it's
13   corporate representative JACQUELYN CALLANEN and in
14             her individual capacity.
15               (CONDUCTED VIRTUALLY)
16             Thursday, December 15th, 2022
17                     10:30 a.m.
18
19
20   Job No.: 474460
21   Pages: 1 - 219
22   Reported By: Jessica Gibson
```

1  stipulated because, again, we've been using it for
2  the military all over the world and they've been
3  reading their ballots, okay?
4      There may have been some confusion on the
5  difference between a screen reader and fillable
6  and accessible.
7      Q  Okay.  Understood.  But your understanding
8  of -- and, by you, I mean the county's
9  understanding of accessible is -- are you saying
10 that you are conflating fillable with accessible
11 to a screen reader; am I understanding that right?
12     A  Yes.
13     Q  Okay.
14     A  I think so, yes.
15     Q  Okay.  All right.  Per paragraph 15, which
16 says:  The electronic ballots provided through the
17 MOVE Edge system are fillable PDFs that are
18 accessible to screen reader software.
19     Same question as with paragraph 12, what
20 was the basis for making that stipulation?
21     A  Again, I would say my understanding is
22 that somebody's looking at a screen.  They're

1  filling it in so that it's screen-reader
2  accessible.
3      Q  Okay.
4      A  Not a definition as opposed for -- or
5  excuse me -- for a disability.
6      Q  Okay. Are you familiar with screen reader
7  software at all; like, Jaws, NDBA, anything
8  like --
9      A  No.
10      Q  Okay.
11      A  What are they called?
12      Q  Well, there's different names for all of
13  them. And honestly, like, (indiscernible) might
14  be better versed in the range of them than I am.
15  But they're, like, essentially devices that read
16  the screen to an individual who is blind and has a
17  vision impairment and isn't able to, you know,
18  look at the screen and read it themselves.
19      A  Right.
20      Q  So you're not familiar with that
21  technology or its interaction with any of the
22  ballot forms that we have looked at today,

1  correct?
2     A  Correct. The technology sounds amazing,
3  yeah.
4     Q  Okay. Is the county aware that there are
5  companies out there in the same space as MOVE Edge
6  who are able to take PDF ballots like what we've
7  looked at today and make that accessible to screen
8  reader technology?
9     A  No, I'm not. But I think I just heard you
10 list some. You said something -- Democracy Live,
11 and, I think, that other list that I was not
12 familiar with.
13    Q  Okay. So when it comes to -- you
14 mentioned that if the county wanted to talk to
15 someone at MOVE Edge about making the ballots
16 accessible, like, to a screen reader, they would
17 reach out to Mr. Gonzalez, correct?
18    A  Correct.
19    Q  And if say, for instance, he told you,
20 hey, we don't have the tech for that. We can't do
21 it; could the county, when that contract comes up
22 for renewal, exit that contract and instead look

1 for bids from another one of these companies that
2 I've named earlier that could provide this
3 technology or ballots with this accessible format
4 for screen readers?
5     A  I'm sure.  Again, given the limitations on
6 timing that we had talked about previously.
7     Q  Okay.  But if this was something that
8 happened in the next, like, few months or so --
9 because you said the six-month lead time is what
10 the purchasing department requires -- that that is
11 a RFP that your department could put in to
12 purchasing?
13     A  Right.  That's what we talked about
14 before, yeah.
15     Q  Okay.  And then purchasing, in turn, could
16 solicit bids from companies similar to MOVE Edge,
17 but with the capability to provide screen-reader
18 accessible ballots electronically?
19     A  Correct.
20     Q  Okay.  If you could just turn to Exhibit
21 13.
22     (Exhibit 13, previously marked, was

```
1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2         I, Jessica Gibson, the officer before whom
3    the foregoing deposition was taken, do hereby
4    certify that said proceedings were electronically
5    recorded by me; and that I am neither counsel for,
6    related to, nor employed by any of the parties to
7    this case and have no interest, financial or
8    otherwise, in its outcome.
9          IN WITNESS WHEREOF, I have hereunto set my
10   hand and affixed my notarial seal this 21th day of
11   December, 2022.
12
13   _____
14   Jessica Gibson, Notary Public
15   For the Commonwealth of Virginia
16
17
18
19
20
21
22
```