IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LARRY JOHNSON, WENDY WALKER, AMELIA PELLICCIOTTI; <br><br> NATIONAL FEDERATION OF THE BLIND OF TEXAS; and <br><br> THE COALITION OF TEXANS WITH DISABILITIES, <br><br> Plaintiffs, <br><br> vs. <br><br> JACQUELYN F. CALLANEN, in her official capacity as the Bexar County Elections Administrator; and BEXAR COUNTY, TEXAS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | SA-22-CV-00409-XR |

## PLAINTIFFS' MOTION TO LIFT TEMPORARY STAY

Plaintiffs respectfully request that the Court lift the temporary stay it issued on September 15, 2023, ECF No. 66, and consider Plaintiffs' pending request for attorneys' fees, ECF No. 64.

The Court granted Defendants' request to stay consideration of Plaintiffs' attorneys' fees pending the November 7, 2023 election. ECF No. 66. More than two months have passed since the election, and on December 22, 2023, Defendants filed their required post-election update with the Court regarding Defendant Bexar County's provision of electronic accessible ballots to eligible voters for that election. ECF No. 72. Plaintiffs' request for attorneys' fees is thus now ripe for decision.

Dated: January 17, 2024

Respectfully submitted,

_____
EVE L. HILL*
LAUREN J. KELLEHER*
**Brown Goldstein & Levy**
120 E. Baltimore St., Ste. 1700
Baltimore, MD 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
Email: ehill@browngold.com
Email: lkelleher@browngold.com

/s/ *Lucia Romano*
LUCIA ROMANO
Texas State Bar No. 24033013
**Disability Rights Texas**
2222 West Braker Lane
Austin, TX 78758-1024
Tel.: (512) 454-4816
Fax: (512) 454-3999
Email: lromano@drtx.org

/s/ *Michael T. Murphy*
MICHAEL T. MURPHY
Texas State Bar No. 24051098
RACHAEL E. THOMPSON*
Texas State Bar No. 24117139
KATHERINE A. PRESTON
Texas State Bar No. 24088255
WILLIAM M. LOGAN*
Texas State Bar No. 24106214
**Winston & Strawn LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Tel.: (713) 651-2600
Fax: (713) 651-2700
Email: mtmurphy@winston.com
Email: rthompson@winston.com
Email: kpreston@winston.com
Email: wlogan@winston.com

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2024, a copy of the foregoing motion was electronically filed with the Court and served via the CM/ECF system upon counsel for all parties.

*/s/ Eve Hill*
Eve Hill